IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| YVONNE SALAZAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-08-505-L |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | ) ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

On March 16, 2009, Magistrate Judge Bana Roberts entered her Report and Recommendation in this action brought by plaintiff for judicial review of the final decision of the defendant Commissioner denying plaintiff's applications for disability insurance benefits and supplemental security income payments under the Social Security Act.  The Magistrate Judge recommended that the Commissioner's decision be reversed and the matter be remanded for further administrative proceedings.

The court file reflects that no party has filed a written objection to the Report and Recommendation within the time limit allowed.  Upon *de novo* review, the court finds that the the Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly, the **decision of the Commissioner is REVERSED and this matter is REMANDED to the Commissioner for further proceedings consistent with the March 16, 2009 Report and Recommendation of the Magistrate Judge.**

It is so ordered this 10th day of April, 2009.

_Tim Leonard_
TIM LEONARD
United States District Judge